William Gilbert VOSS, Appellant, v. FIRST FEDERAL SAVINGS & LOAN ASSOCIATION, etc., Appellee.

No. 9931.

Circuit Court of Appeals, Sixth Circuit.

Feb. 15, 1945.

Robert W. Newlon, of Columbus, Ohio, for appellant.

Frank J. Murray, of London, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel, and it appearing to the court that there is no reversible error upon the record, it is ordered, adjudged and decreed that the appeal from the order of the District Court overruling a petition for review of the order of the Supervising Conciliation Commissioner fixing the value of the farmer-bankrupt's real estate, entered on September 6, 1944, be and the same is in all things affirmed.